UNITED STATES of America,
Appellee,

v.

Jesse BALL, also known as
Junior, Appellant.

No. 01–2318.

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 28, 2001.

Filed Nov. 30, 2001.

Before HANSEN, FAGG, and BEAM,
Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Jesse Ball appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) sen-

---

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

tence-reduction motion. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that Amendment 599 to the U.S. Sentencing Guidelines does not apply to Ball. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.